No. 470, Misc. WARD v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bernard Koteen* and *Robert S. Green* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 576, Misc. FISHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 709, Misc. PLAYER v. WARDEN, MARYLAND HOUSE OF CORRECTION. Criminal Court of Baltimore, Maryland. Certiorari denied.

No. 711, Misc. STALCUP v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 738, Misc. BURGESS v. WARDEN, MARYLAND HOUSE OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 231, Misc. STURDEVANT v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for the United States.

No. 538, Misc. PETROLIA v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.